*E-Filed 10/14/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO R. WILLIAMS,<br>      Petitioner,<br>    v.<br>JOHN DOE,<br>      Respondent. | No. C 11-4366 RS (PR)<br>**ORDER OF DISMISSAL** |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner has failed to comply with Court orders to file within 30 days (1) a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, and (2) a petition for writ of habeas corpus. Accordingly, the action is DISMISSED without prejudice to petitioner (1) filing a petition for writ of habeas corpus, **and** (2) paying the filing fee or filing a properly completed IFP application. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: October 14, 2011

                                                   RICHARD SEEBORG
                                                   United States District Judge